IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIOT WOLFF, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:06 CV 01234 (HHK) |
| ) | |
| WESTWOOD MANAGEMENT LLC, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

In accordance with Rule 6, Federal Rules of Civil Procedure and with the consent of Plaintiffs' counsel, Defendants respectfully request an extension of time in which to file their response to the Complaint.

WHEREFORE Defendants request that their time to respond to the Complaint be extended from September 5, 2006, to September 12, 2006.

Respectfully submitted,

HOLLAND & KNIGHT, LLP

_____
Paul J. Kiernan (DC Bar # 385627)
Rafael E. Alfonzo (DC Bar # 478524)
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 663-7276
(202) 955-5564 – fax

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by first class mail, postage prepaid on this 31st day of August, 2006 upon:

>Leslie D. Alderman
>Alderman & Devorsetz PLLC
>1025 Connecticut Avenue, N.W., Suite 1000
>Washington, DC 20036

_____
Rafael E. Alfonzo