IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIOT WOLFF, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:06 CV 01234 (HHK) |
| ) | |
| WESTWOOD MANAGEMENT LLC, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### ORDER

The Court having considered Defendants' Consent Motion to Extend Time, it is this ____ day of ____, 2006;

**ORDERED** that the Motion be and hereby is GRANTED, and Defendants' Response to the Complaint will be filed by Tuesday September 12, 2006.

_____
Judge Henry H. Kennedy, Jr.
U.S. District Court for the District of Columbia

Copies to:

Paul J. Kiernan
Rafael E. Alfonzo
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006

Leslie D. Alderman
Alderman & Devorsetz PLLC
1025 Connecticut Avenue, N.W., Suite 1000
Washington, DC 20036