IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIOT WOLFF, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:06 CV 01234 (HHK) |
| ) | |
| WESTWOOD MANAGEMENT LLC, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Paul J. Kiernan and Rafael E. Alfonzo, of Holland & Knight LLP, 2099 Pennsylvania Avenue, N.W., Suite 100, Washington, D.C. 20006, as counsel for Defendants, LNT&A Master LLC; Laszlo N. Tauber & Associates I, LLC; Laszlo N. Tauber & Associates II, LLC; Laszlo N. Tauber & Associates VI, LLC; Laszlo N. Tauber M.D. & Associates, LLC; The Laszlo N. Tauber Revocable Trust; Investor's Holding Corporation; Westwood Management, LLC; Westwood Construction Company, Inc.; and John Droke, in the above-captioned matter.

Respectfully submitted,

HOLLAND & KNIGHT, LLP

_____
Paul J. Kiernan (DC Bar # 385627)
Rafael E. Alfonzo (DC Bar # 478524)
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006
(202) 663-7276 (phone)
(202) 955-5564 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served by first class mail, postage prepaid on this 31st day of August, 2006 upon:

>Leslie D. Alderman
>Alderman & Devorsetz PLLC
>1025 Connecticut Avenue, N.W., Suite 1000
>Washington, DC 20036

_____
Rafael E. Alfonzo

# 4021535_v1