IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELLIOT WOLFF, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:06 CV 01234 (HHK) |
| | ) | |
| WESTWOOD MANAGEMENT LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### ORDER

This matter came before the Court, upon Defendants' Motion to Compel Arbitration. The Court having reviewed the moving papers and being well advised in the premises, it is hereby:

ORDERED that Defendants' Motion is GRANTED.

If Plaintiffs wish to pursue the claims outlined in their Complaint, Plaintiffs must submit those claims to arbitration. Therefore, the instant matter is dismissed with prejudice.

_____
U.S. District Judge Henry H. Kennedy, Jr.

Copies to:

Paul Kiernan, Esq.
paul.kiernan@hklaw.com

Rafael Alfonzo, Esq.
Rafael.alfonzo@hklaw.com

Les Alderman, Esq.
lalderman@a-dlaw.com

# 4041578_v1