IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIOT WOLFF, et al. )<br>    Plaintiffs )<br>)<br>v. )<br>)<br>WESTWOOD MANAGEMENT LLC, )<br>et al. )<br>    Defendants )<br>) | Civil Action 1:06 CV 01234 (HHK) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME FOR PLAINTIFFS
TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

The Plaintiffs, by and through their undersigned counsel, respectfully request an enlargement of time, until and including September 29, 2006, in order to file their Opposition to the Defendants' Motion to Compel Arbitration. The current deadline for Plaintiffs' opposition would be September 22, 2006, and this is the Plaintiffs' first request for an extension with regard to this motion exchange.

The extension of time is necessary in order to accommodate counsel for the Plaintiff's litigation schedule. Counsel for the Defendants has consented to this request.

            Respectfully Submitted,
            ALDERMAN & DEVORSETZ, PLLC


            /s/ Leslie D. Alderman III (D.C. # 477750)
            1025 Connecticut Ave., NW
            Suite 1000
            Washington, DC 20036
            Tel: 202-969-8220
            Fax: 202-969-8224