IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELLIOT WOLFF, et al. | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action 1:06 CV 01234 (HHK) |
| | ) | |
| WESTWOOD MANAGEMENT LLC, et al. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**ORDER RELATED TO PLAINTIFFS' CONSENT MOTION
FOR ENLARGEMENT OF TIME**

In consideration of the Plaintiffs' consent motion for enlargement of time, it is hereby ordered that the motion be granted and that the deadline for Plaintiffs to file their Opposition to Defendants' Motion to Compel Arbitration is extended until and including September 29, 2006.

It is so ordered this day, _____.

_____
District Court Judge Henry H. Kennedy, Jr.