LASZLO N. TAUBER, M.D. AND ASSOCIATES
A JOINT VENTURE PARTNERSHIP
WESTWOOD CENTER II, SUITE 404
5110 RIDGEFIELD ROAD
BETHESDA, MARYLAND 20816
(301) 657-2030

TELEX: 501849 (WESTWOOD UD)
TELEFAX: (301) 907-3958
CABLE: TAUBER MD

## MEMORANDUM

To:     "B" partners in Laszlo N. Tauber, M.D. & Associates

From:   Laszlo N. Tauber, M.D.
        Managing General Partner

Date:   January 14, 1994

In the course of organizing and redefining the roll of our Real Estate Investment Trust ("REIT"), we have come to the conclusion that we have to simplify your participation in our venture. We would like to emphasize that a "B" partner is basically not a partner but an owner of a debenture which is the responsibility of Laszlo N. Tauber, M.D. & Associates. The "B" partner's income is derived from the operation of the underlying building which secures the income. The existing obligation will not decrease (the original mortgage obligation from 1984 plus any additional capital improvements required in order to renew the existing lease).

We are willing to provide an opportunity for the "B" interest holders to join the REIT. By doing so the return of your "B" partnership interest is no longer dependent upon the income of one building, but is supported by the entire portfolio of the REIT. To be more specific, the "B" partners in the District of Columbia Joint Venture presently receive a $30,000 annual distribution per 2% land and 1% building ownership. This distribution is dependent on the income for this particular building only. If the Government vacates the building on May 15, 1998, the return for these "B" partners will be zero. However, by joining the REIT, the revised income will continue whether the Government cancels the lease or decides to stay since the other properties in the REIT will support the distribution.

In order to assist you in making a decision, we will discuss each building separately.

1. Parklawn Joint Venture -- Parklawn Joint Venture currently distributes $60,000 per 1% per year. This amount will be accepted unchanged and will be guaranteed by all of the buildings, not just Parklawn. Since we are offering a preferred 8% return, $60,000 ÷ 8 x 100 = $750,000 per 1% valuation. Therefore, a 1% ownership will receive ($750,000 ÷ 20 the assumed market value of 1 share) 37,500 units. These units can be converted to shares in the REIT at anytime on a one-to-one basis.

2. Northern Virginia Joint Venture -- Northern Virginia Joint Venture presently distributes $32,000 per 2% land and 1% building per year. Since we are offering a preferred 8% return, $32,000 ÷ 8 x 100 = $400,000 per 1% valuation. Therefore, a 1% ownership will receive ($400,000 ÷ 20) 20,000 units. These units can be converted to shares in the REIT at anytime on a one-to-one basis.

LASZLO N. TAUBER, M.D. & ASSOCIATES

January 14, 1994
Page 2

3. District of Columbia Joint Venture -- District of Columbia Joint Venture presently distributes $30,000 per 2% land and 1% building per year. Since the firm lease expires May 15, 1998, we recommend that we accept this "B" partnership interest on a $20,000 per 1% per year basis. Since we are offering a preferred 8% return, $20,000 ÷ 8 x 100 = $250,000 per 2% land and 1% building valuation. Therefore, a 2% land and 1% building ownership will receive ($250,000 ÷ 20) 12,500 units. These units can be converted to shares in the REIT at anytime on a one-to-one basis. By entering the REIT these partners will receive a reduced annual income of $20,000 instead of the present $30,000, however the possibility of having no return after May 15, 1998 is negated.

4. AMA Building, New York -- The AMA Building has produced substantial income. However, the real estate market in New York City is very soft and the present land lease payment of $346,000 per year will be revaluated in 2004. The increase could be anywhere between $4,000,000 and $5,000,000 per year. Therefore, the only valuation we can place on this building is an annual return of $76,000 per 1% per year. Since we are offering a preferred 8% return, $76,000 ÷ 8 x 100 = $950,000 per 1% valuation. Therefore, a 1% ownership will receive ($950,000 ÷ 20) 47,500 units. These units can be converted to shares in the REIT at anytime on a one-to-one basis.

5. Presidential Building -- The Presidential Building presently distributes $20,000 per 1% per year. Since we are offering a preferred 8% return, $20,000 ÷ 8 x 100 = $250,000 per 1% valuation. Therefore, a 1% ownership will receive ($250,000 ÷ 20) 12,500 units. These units can be converted to shares in the REIT at anytime on a one-to-one basis.

6. Galleria Building -- Due to the soft real estate market in New York City, we cannot recommend a higher income of more than $6,000 per 1% per year for the Galleria Building. Since we are offering a preferred 8% return, $6,000 ÷ 8 x 100 = $75,000 per 1% valuation. Therefore, a 1% ownership will receive ($75,000 ÷ 20) 3,750 units. These units can be converted to shares in the REIT at anytime on a one-to-one basis.

7. Glendale Joint Venture -- Glendale Joint Venture presently distributes $600 per 1% per year. Since we are offering a preferred 8% return, $600 ÷ 8 x 100 = $7,500 per 1% valuation. Therefore, a 1% ownership will receive ($7,500 ÷ 20) 375 units. These units can be converted to shares in the REIT at anytime on a one-to-one basis.

8. Columbia Plaza Office Building Joint Venture -- Columbia Plaza Office Building Joint Venture will have no return until April 15, 2004. Then, for eight years, the annual return will be $64,000 per 1%. Since we are offering a preferred 8% return, $64,000 ÷ 8 x 100 = $800,000 per 1% valuation. Therefore, a 1% ownership will receive ($800,000 ÷ 20) 40,000 units. These units cannot be converted to shares in the REIT until after April 15, 2004. At that time, they can be converted on a one-to-one basis.

LASZLO N. TAUBER, M.D. & ASSOCIATES

January 14, 1994
Page 3

9.  Diversified Real Estate Investment Joint Venture ("DREIJV") -- The valuation of partnership interest in the DREIJV will be computed by a valuation of the AMA Building and the Columbia Plaza Office Building. DREIJV "B" partners own a 0.925% interest in the AMA Building and 3.7% in Columbia Plaza Office Building for a total present income of $70,300 per 1% per year. Conversion into units of either the AMA Building or the Columbia Plaza Office Building will be based upon the same terms as specified above for each building, computed using the ratio of the DREIJV "B" partners. Units issued related to the ownership in the AMA Building can be converted at anytime on a one-to-one basis. Those units issued related to the Columbia Plaza Office Building cannot be converted into shares in the REIT until after April 15, 2004. At that time they can be converted on a one-to-one basis.

10. Westwood Joint Venture -- After lengthy discussions with the "C" partners we have concluded that our oldest investors who started the Westwood project might face difficult times in the near future. This is due to the Government's actions to terminate the lease in the Westwood Towers and their plans to vacate the Main & Annex Buildings occupied by NIH by May 15, 1995. As we indicated in our previous letter, these actions could nullify all of the income of the "B" partners in Westwood Joint Venture. Naturally we will try our best to obtain replacement tenants but certainly we cannot guarantee this. We would like to give these partners an opportunity to exchange their "debentures" to units in the REIT at a valuation of $20,000 per 1%. Since we are offering an 8% return, $20,000 ÷ 8 x 100 = $250,000 per 1% valuation. Therefore, 1% ownership will receive ($250,000 units ÷ 20) 12,500 units. These units can be converted to shares in the REIT at anytime on a one-to-one basis. This is less than the present $30,000 annual distribution, however, by entering the REIT, negates the risk that in the case we are unable to release the properties, no distribution will be made.

In summary, each member must make their own decision whether to keep their preferential status intact or decide to enter the REIT. To simplify your decision, please note that in either case you will have a preferential return. The advantage to entering the REIT is that the entire portfolio guarantees your preferential return, not just one building. The disadvantage is that in the case of some of the properties, the partner will receive the same or less income distribution by entering the REIT and the value of the particular interest is determined by a constant 8% capitalization. Everyone must evaluate their particular position since this 8% capitalization may be less than he or she could realize after the building is sold.

We would like to receive your answer not later than January 26, 1994. If we do not receive your response, we will surmise that you want to keep your present status. We will not be able to offer you this opportunity after January 26, 1994 because several amendments will be introduced on our REIT offering. This is an offer that, in my opinion, is advantageous for all parties concerned. We do not take any responsibility for the valuation forecast, however, we arrived at the above figures after careful and thorough consideration. Everyone must make a decision independently from me. We hope to hear from you soon.

Disposal of shares is subject to the usual restrictions imposed on a REIT in that they cannot be converted for one year.