## DEED

THIS DEED, made this 2nd day of January, 1999, by and between LASZLO N. TAUBER, Trustee for an unrecorded Joint Venture Agreement dated May 18, 1971, known as DISTRICT OF COLUMBIA JOINT VENTURE ("Grantor"), and LASZLO N. TAUBER & ASSOCIATES I, LLC, a Maryland limited liability company ("Grantee"):

WHEREAS, the Grantor has elected to take advantage of District of Columbia Law 11-38, codified as D.C. Code Sec. 47-902(16) ("DC LAW"), which law is retroactive to July 23, 1994, which DC Law permits a general partnership to convey interest to real estate to a limited liability company, the members of which are identical to the general partners of the grantor general partnership; and,

WHEREAS, the DC Law requires the grantee limited liability company to notify the District of Columbia Government in the event certain transfers take place subsequent to a conveyance permitted under the DC Law; and,

WHEREAS, the Grantee has agreed to so notify the District of Columbia Government relative to such transfers having taken place subsequent to the conveyance evidenced by this instrument; and,

WHEREAS, the general partners of the Grantor are the identical and only members of the Grantee.

WHEREAS, Laszlo N. Tauber, Trustee is the managing general partner of a general partnership joint venture, which owns the property described in Schedule "A" ("Property"); and,

WHEREAS, the Grantor has determined it appropriate by this instrument to convey the Property to the Grantee pursuant to the DC Law;

WITNESSETH, that for and in consideration of the sum of Ten Dollars ($10.00), receipt of which is hereby acknowledged, the Grantor does grant unto the Grantee, in fee simple, the land and premises situate in the District of Columbia and known and distinguished as all that certain piece or parcel of land, more particularly described in Schedule "A" attached hereto and made a part hereof ("Property").

TOGETHER with all and singular the ways, easements, rights, privileges and appurtenances to the same belonging or in anywise appertaining, and all the estate, right, title, interest, and claim, either at law or in equity, of the Grantor, of, in, to, or out of the Property.

AND, the Grantor covenants that he will warrant specially the Property hereby conveyed, and that he will execute such further assurances of the Property as may be requisite.

WITNESS his hand and seal the day and year first hereinbefore written.

**[SIGNATURE PAGE TO FOLLOW]**

DISTRICT OF COLUMBIA JOINT
VENTURE ("Grantor")

_Randy Alan Weiss_  By: _[signature]_
Witness:                Laszlo N. Tauber, Trustee

State of Maryland      )
                       )
County of Montgomery   )

    I HEREBY CERTIFY, that on the 2nd day of January, 1999, before me, a Notary Public of the jurisdiction aforesaid, personally appeared LASZLO N. TAUBER, Trustee for DISTRICT OF COLUMBIA JOINT VENTURE, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within Instrument, who acknowledged that he executed the same for the purpose therein contained

    WITNESS my hand and Notarial Seal

_Randy Alan Weiss_
Notary Public

My Commission Expires _____

RANDY ALAN WEISS
Notary Public
Montgomery County
Maryland
My Commission Expires 08-02-02

## SCHEDULE "A"
### (Legal Description)

Lot numbered Ten (10) in the combination of lots made by Edward Mernone, in Square numbered Six Hundred Thirteen (613), as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 157 at folio 85

F:\WPDATA\MISC\ROTTNER\CLIENTS\TAUBER\DC\TRANSFO\DEED1.WPD

99 MAY 20 AM 9:39

9900046687

Please return to:

Randy Alan Weiss, P.C.
1828 L Street, NW
Suite 500
Washington, D.C. 20036

FOR DEPOSIT ONLY
RECORDER OF DEEDS
ENDORSEMENT GUARANTEED
BY D.C. TREASURER
CHECK $25.00
RECORDER OF DEEDS
HENRY M TERRELL
# 9900046687
1275 Deeds $20.00
1052 Surchg $5.00
TOTAL $25.00
CHECK $25.00
CLERK 01 05/20/1999 09:45
00 36198