# WESTWOOD MANAGEMENT CORPORATION

5110 RIDGEFIELD ROAD • SUITE 404 • BETHESDA, MARYLAND 20816

TEL: (301) 657-2030
FAX: (301) 907-3958

December 4, 2002

Dear Investor:

This communication represents a periodic update to our previous presentation of August 13, 2002 on the status of the properties managed by Westwood, which contained brief building synopses, financial data for calendar year 2001 and the 1st Quarter of 2002. We begin with a synopsis on the activities of Westwood Management Corporation.

Brief Description of Westwood Management Corporation

    Westwood Management Corporation was formed in 1959 to serve as a property manager for the real estate holdings of Laszlo N. Tauber, MD and his partners. From that date to today Westwood Management employs a staff of trained personnel to supervise the maintenance and leasing of the properties located in the Washington Metropolitan area, New York City and Nashville, TN.

    The leasing staff is responsible for leasing available space and collecting rents as specified in the lease agreements. Tenant issues are attended to through the on site property managers who delegate maintenance responsibilities to the on-site maintenance employees. The accounting staff processes the paperwork necessary to pay bills, salaries and wages and deposit rents collected. The engineering staff review all construction work and tenant improvements in the buildings to insure that building system integrity is maintained, and the contractors complete their work in accordance with plans and specifications.

    Westwood is compensated for the services provided through the collection of monthly management fees which are based upon a percentage of rents collected.

    In addition to the property management functions identified above, Westwood Management Corporation owns a wholly owned subsidiary Westwood Construction Company. Westwood Construction acts as a general contractor performing construction supervision and project management services on tenant improvement work authorized by the tenants in the buildings and managed by Westwood Management Corporation. The principal customer for Westwood Construction is the Federal Government agency occupying the buildings.

Additionally, enclosed is a current report providing the Net Operating Income, covering January 1, 2002 through September 30, 2002, as well as current operational information with emphasis on the general condition

December 4, 2002                                                              Page 2

of the various properties. The information in this report is in most instances very brief. There has been no significant change during this period relating to leases, modifications or expenses to maintain the buildings in good operational condition. For easy reference, our presentation follows the same order as the prior report.

The properties have been grouped into three limited liability companies since 1999.

<u>Laszlo N. Tauber & Associates I, LLC</u>
135 West 50th Street, New York, NY
5001 Eisenhower Avenue, Alexandria, VA
2100 2nd Street SW, Washington, D.C.
5600 Fishers Lane, Rockville, MD

<u>Laszlo N. Tauber & Associates II, LLC</u>
2401 E Street NW, Washington, D.C.
1111 Pennsylvania Avenue, NW, Washington, D.C.
10001 Aerospace Drive, Glendale, MD
115 East 57th Street, New York, NY

<u>Laszlo N. Tauber & Associates III, LLC</u>
445 Park Avenue, New York, NY
909 Third Avenue, New York, NY
1900 Half Street SW, Washington, D.C.
Westwood Complex, Bethesda, Maryland
  1. Westwood Shopping Center I
  2. Westwood Center II
  3. Westwood Towers
  4. Westwood Main & Annex
  5. Westwood Nursing Home
  6. Westwood Bowling Alley
  7. Westwood Citgo Station
  8. Westwood Texaco Station
  9. Land under Kenwood Condominium Building

<u>Nashville JV, LLC</u>

Sincerely,

*/s/ John C. Droke*

John C. Droke
President

Enclosure

InvestorReport.2002-12-04
CF 00-34-01