AFTER RECORDING,
PLEASE RETURN TO:

King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Attn.: Isam Salah, Esq.

## SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED is made and entered into as of this 29th day of January 2004, by and between **LASZLO N. TAUBER & ASSOCIATES I, LLC**, a Maryland limited liability company ("Grantor"), having an office at c/o Westwood Management, LLC, 5110 Ridgefield Road, Suite 404, Bethesda, Maryland 20816, in favor of **TBC FUNDING CORP.**, a Delaware corporation ("Grantee"), having an office at c/o Global Securities House, Al Sharq, Ahmed Al-Jaber Street, Al Durah Building, P. O. Box 26972, Safat, 13130, Kuwait.

### WITNESSETH:

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Grantor does hereby GRANT, BARGAIN, SELL and CONVEY, with Special Warranty, unto Grantee, its successors and assigns, in fee simple, the parcel of land located in the District of Columbia described on Exhibit A attached hereto.

TOGETHER with any and all buildings, fixtures and other improvements located in or on such parcel of land; and

TOGETHER with any and all easements, rights-of-way, appurtenances, licenses and privileges belonging or appurtenant to such land; and

TOGETHER with any and all right, title and interest of Grantor in and to any land lying in the bed of any street, road, avenue or alley, open or closed, adjacent to such land, to the centerline thereof.

TO HAVE AND TO HOLD all of the aforesaid property (the "Property") unto the use and benefit of Grantee, its successors and assigns, in fee simple forever.

This conveyance is expressly made subject to all easements, covenants, conditions, restrictions and other matters of record or in fact affecting the Property including, without limitation, the matters of record and other matters set forth on Exhibit B attached hereto.

Grantor covenants that it will execute such further assurances of the Property as may be requisite.

IN WITNESS WHEREOF, Grantor has caused its duly authorized officer to execute and deliver this Special Warranty Deed as of the date first above written.

GRANTOR:

LASZLO N. TAUBER & ASSOCIATES I, LLC, a Maryland limited liability company

By:   Westwood Management, LLC, a Maryland limited liability company, its managing member

By:   *[signature]*
Name: John C. Droke
Title: Manager

DISTRICT OF COLUMBIA, to wit:

I, the undersigned, a Notary Public in and for the jurisdiction aforesaid, do hereby certify that John C. Droke, as Manager of Westwood Management, LLC, a Maryland limited liability company, in its capacity as managing member of Laszlo N. Tauber & Associates I, LLC, a Maryland limited liability company, Grantor, in the foregoing and annexed instrument, did personally appear before me this day and acknowledged the same to be his act and deed on behalf of Laszlo N. Tauber & Associates I, LLC.

GIVEN under my hand and seal this 30th day of January, 2004.

*[signature]*
Notary Public

My Commission Expires: My Commission Expires July 14, 2004

[SEAL]

**Exhibit A**

**Legal Description**

Lot numbered Ten (10) in the combination of lots made by Edward Mernone, in Square numbered Six Hundred Thirteen (613), as per plat recorded in the Office of the Surveyor of the District of Columbia in Liber 157 at folio 85.

EXHIBIT B

1. All District of Columbia Taxes, Charges and Assessments, both general and special, subsequent to September 30, 2003. Taxes for the first half of the Fiscal year 2004 are a lien, not yet due and payable. (Tax Parcel Number: 0613-0010)

2. Water and sewer charges in connection with the subject property subsequent to December 1, 2003.

3. Rights of parties in possession as tenants under unrecorded leases as shown on that certain rent roll attached hereto as Exhibit "B" and incorporated herein by reference.

4. Rights of the United States of America, the District of Columbia, and the public generally in and to that portion of the captioned property lying below the mean high water mark of the Anacostia River as shown on survey made by A. Morton Thomas and Associates, Inc., dated June 7, 1999, as last revised and recertified January 27, 2004.

5. Title to that portion of the captioned property lying below the mean high water mark extending to the river bed of the Anacostia River as shown on survey made by A. Morton Thomas and Associates, Inc., dated June 7, 1999, as last revised and recertified January 27, 2004.

6. A) Elec. Boxes
   B) 8" Sanitary Sewer
   C) Fuel Oil Fillers
   D) PEPCO Vaults
   E) Gas Valves
   as shown on survey made by A. Morton Thomas and Associates, Inc., dated June 7, 1999, as last revised and recertified January 27, 2004.

7. Subject to the following encroachments as shown on survey made by A. Morton Thomas and Associates, Inc., dated June 7, 1999, as last revised and recertified January 27, 2004:

   a. Encroachment of second floor concrete slab in to public space by 1.00 feet along the north, west and east side of the building located on the captioned property.

   b. Encroachment of concrete islands on the east and west side of the captioned property.

   c. Corner of Building located on the captioned property extends 0.24 feet over the captioned property.