

AFTER RECORDING, PLEASE RETURN TO:

Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Attention: Aliza L. Carrino, Esq.

### SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED (this "Deed") is made and entered into on this 4th day of November 2004, by and from **LASZLO N. TAUBER & ASSOCIATES I, LLC**, a Maryland limited liability company ("Grantor"), having an office at c/o Westwood Management, LLC, 5110 Ridgefield Road, Suite 404, Bethesda, Maryland 20816, to and in favor of **LASZLO N. TAUBER & ASSOCIATES VI, LLC**, a Maryland limited liability company ("Grantee"), having an office at c/o Westwood Management, LLC, 5110 Ridgefield Road, Suite 404, Bethesda, Maryland 20816.

WITNESSETH:

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Grantor does hereby GRANT, BARGAIN, SELL and CONVEY, with Special Warranty, unto Grantee, and its respective successors and assigns, in fee simple, the parcel of land located in the District of Columbia described on Exhibit A attached hereto.

TOGETHER with any and all buildings, fixtures and other improvements located in or on such parcel of land; and

TOGETHER with any and all easements, rights-of-way, appurtenances, licenses and privileges belonging or appurtenant to such land; and

TOGETHER with any and all right, title and interest of Grantor in and to any land lying in the bed of any street, road, avenue or alley, open or closed, adjacent to such land, to the center line thereof.

TO HAVE AND TO HOLD all of the aforesaid property (the "Property") unto the use and benefit of Grantee, and its respective successors and assigns, in fee simple forever.

This conveyance is expressly made subject to all easements, covenants, conditions, restrictions and other matters of record, or in fact, affecting the Property.

Grantor covenants that it will execute such further assurances of the Property as may be requisite.

IN WITNESS WHEREOF, Grantor has caused its duly authorized managing member to execute and deliver this Special Warranty Deed as of the date first above written.

**GRANTOR:**

**LASZLO N. TAUBER & ASSOCIATES I, LLC**, a Maryland limited liability company

By:  Westwood Management, LLC, a Maryland limited liability company, its managing member

By: _____
Name: John C. Droke
Title: Manager

STATE OF MARYLAND

COUNTY OF MONTGOMERY

I, the undersigned, a Notary Public in and for the jurisdiction aforesaid, do hereby certify that John C. Droke, whose name as Manager of Westwood Management, LLC, a Maryland limited liability company, in its capacity as managing member of Laszlo N. Tauber & Associates I, LLC, a Maryland limited liability company, is signed to the foregoing and annexed instrument, did personally appear before me this day and acknowledged the same to be the act and deed of said Laszlo N. Tauber & Associates I, LLC.

GIVEN under my hand and seal this 4th day of November 2004.

_____
Notary Public

[Notarial Seal]

My Commission Expires: 9/1/2008

## EXHIBIT A

### Legal Description

That certain parcel or parcels of land lying and being in the District of Columbia, and being more particularly described as follows:

Original Lots numbered Four (4), Five (5) and Six (6) in Square numbered South of Square numbered Six Hundred Sixty-Seven (S-667).

Also, part of Original Lot numbered seven (7) in Square numbered South of Square numbered Six Hundred Sixty-Seven (S-667), and being more particularly described as follows:

BEGINNING for the same at the northeast corner of said Lot numbered Seven (7); thence southwesterly along the westerly line of Water Street 5.12 feet; thence west parallel with the north line of said Lot numbered Seven (7) to the rear or west line thereof; thence north along said rear line 5.00 feet to the northwest corner of said lot; thence north along said rear line 5.00 feet to the northwest corner of said lot; thence east along the said north line 81.00 feet 4.5 inches to the beginning.

Said property being known for assessment and taxation purposes as Original Lots numbered Four (4), Five (5) and Six (6) and Lot numbered Eight Hundred Four (804) in Square numbered South of Square numbered Six Hundred Sixty Seven (S-667).

# 2363891_v2

```
Doc# 2004153826 Fees:$12761.08
11/05/2004   1:51PM Pages 1
Filed & Recorded in Official Records of
WASH DC RECORDER OF DEEDS LARRY TODD
```

| | | |
|---|---|---|
| COPIES | $  2.25 | |
| | RECORDING SURCHARGE | $ 20.00 |
| | RECORDATION TAX FEE | $ 6.50 |
| | TRANSFER TAX FEE | $ 6,365.04 |
| | CERTIFICATION | $ 6,365.04 |
| | | $ 2.25 |