# WESTWOOD MANAGEMENT, LLC

5110 RIDGEFIELD ROAD • SUITE 404 • BETHESDA, MARYLAND 20816

TEL: (301) 657-2030
FAX: (301) 907-3958

## MEMORANDUM

To: Non REIT "B" investors in DC Land Joint Venture

From: Jay H. Grossman
Chief Financial Officer

Subject: Sale of ½ acre parcel

Date: April 27, 2005

In December, 2004 Laszlo N. Tauber & Associates, I LLC sold it's last remaining land interest associated with the Transpoint Building. This represented a ½ acre parcel adjacent to the Transpoint Building. The lot had previously been used for employee parking and offsite storage of materials and was otherwise undeveloped.

The parcel sold for $271,600 less fees in the amount of $14,278.58 resulting in net settlement proceeds of $257,321.42. Your share of these net settlement proceeds is enclosed in the accompanying check.

DC Land Joint Venture
Sale of 1/2 Acre of Land next to Transpoint

| | |
|---|---:|
| Settlement Proceeds | 268,039.41 |
| Add back Real Estate Tax Proration | 3,560.59 |
| | 271,600.00 |
| Subtract: DC Recording Costs | 12,783.58 |
| Legal Fees for Closing | 1,495.00 |
| | 14,278.58 |
| **Net Proceeds** | 257,321.42 |



WESTWOOD MANAGEMENT, LLC
5110 RIDGEFIELD ROAD • SUITE 403 • BETHESDA, MARYLAND 20816

20008+5405