# WESTWOOD MANAGEMENT, LLC

5110 RIDGEFIELD ROAD • SUITE 404 • BETHESDA, MARYLAND 20816

TEL: (301) 657-2030
FAX: (301) 907-3958

## MEMORANDUM

TO:     All Investors

From:   John C. Droke

Date:   February 25, 2004

Enclosed is a check representing your share of the proceeds of the sale of the Transpoint building. This sale of $90.5 million was encumbered with a mortgage of $63,413,394.36 that covered this property as well as the AMC building. The AMC building is also under contract for $48 million and should close by April 5, 2004. We expect distributions to B partners in the amount of $6,105,200 and to C partners $40,314,800. We have also accepted an offer for $70 million for two land lease positions in New York City, 909 3rd Avenue and 445 Park Avenue. We expect to close on that sale by March 5, 2004.

The April vacancy of the AMC building, the uncertain future of the Transpoint property, and the poor financial returns on the land leases make these sales particularly advantageous.

We have decided again to offer the West 50th Street property for sale. Eastdil will be the exclusive sales agent. The property has been a drain on our cash resources. We have previously agreed to a sale of the property, but the buyer backed out.

Regarding the other properties, we have engaged Eastdil to offer them for sale as well. We will sell them if the prices negotiated are consistent with our valuations. We believe that the present circumstances, including low interest rates, low capital gain rates, and the market for high quality real estate, makes such sales very attractive. We will, however, only sell at the prices consistent with our view of the market.

You may want to consult your tax advisor to help you plan for the current and future potential sales.

As always, we would be happy to answer any questions.

Enclosure

Investorltr.2004-02-25
CF 00-34-01