# ALDERMAN
# & DEVORSETZ
**PLLC**

ATTORNEYS AND COUNSELORS AT LAW

LESLIE D. ALDERMAN III, ADMITTED DC, NY, MA
LALDERMAN@A-DLAW.COM

December 15, 2005

**\*\*FOR SETTLEMENT PURPOSES ONLY\*\***

Mr. Joseph Whitebread, Jr.
Holland & Knight LLP
Suite 100
2099 Pennsylvania Ave., NW
Washington DC 20006

RE:   Wolff Interests in D.C. Joint Venture & D.C. Land Joint Venture

Dear Mr. Whitebread:

I write as counsel for Elliot Wolff, who is acting individually and as Trustee for the Trust established pursuant to Article III of the Will of Egon Wolff[1] with respect to claims arising out of Egon Wolff's investments through Laszlo N. Tauber, M.D. in the D.C. Joint Venture and D.C. Land Joint Venture ("Joint Ventures"). Mr. Wolff agreed to provide documentation demonstrating Dr. Tauber's obligation to hold the Wolff interests in trust directly in the Joint Ventures and not merge them into various pooled real estate investments. In exchange, Westwood agreed to consider providing Mr. Wolff with access to certain documentation related to the Wolff Interest in the Joint Ventures.[2]

Evidence of the commitment to hold the Wolff interests in trust directly in the Joint Ventures is contained (although the list is not exhaustive) in the following documents, attached hereto in chronological order:

---

[1] A November 27, 1984 letter from Andrew Ball, P.C. to B.J. Werth, President, Westwood Management confirmed that the Estate of Egon Wolff's 0.25% interest in the D.C. Joint Venture and 0.5% interest in the D.C. Land Joint Venture were to be transferred, 80% to the Trust established by Article III of the Will of Egon Wolff and 20% to Elliot R. Wolff. Hereinafter, the interests derived from the Wolff estate are referred to as the "Wolff Interests."

[2] Please understand that compliance with your request for documentation does not signify Mr. Wolff's agreement with Westwood's apparent position that he is not entitled to full access to documentation related to the Wolff interests. That position, in fact, is contradicted by Westwood's past practice of providing relevant documents (and access to relevant documents) to Mr. Wolff and his agents.

THE BLAKE BUILDING • 1025 CONNECTICUT AVENUE NW • SUITE 1000 • WASHINGTON, DC 20036
TELEPHONE: 202.969.8220 • FACSIMILE: 202.969.8224 • www.a-dlaw.com

1. Dr. Tauber's December 6, 1984 letter;
2. Mr. Wolff's December 13, 1984 response to the December 6, 1984 letter;
3. Mr. Wolff's September 27, 1985 letter to Ms. Candace Raynie;
4. Checks indicating payment from "DC Bldg JV" and "DC Land JV;" and
5. Westwood's March 12, 2004 letter to Mr. Wolff

With this production, we respectfully request full access to all documents related to the purchase, management, finance (including documents that trace the proceeds from all mortgages, refinances, etc.), and sale of the Transpoint Building, the land on which the building is situated, and the lot that was adjacent to the Transpoint Property.

While Mr. Wolff is entitled to full access to all documents related to the Wolff Interests, at this time we are requesting access particularly to:

1. Supporting detail showing how the distributions to Wolff over the term of the ventures were determined, with priority given to 1993 through 2004.
2. Accounting records for 2004 – these had not yet been prepared when Navigant Consulting was provided access to information at Westwood.
3. Detailed financial information regarding the sale of the Transpoint Building, the associated land and the adjacent lot, including the split of the sales price between the land and building and the basis for that split, costs directly related to the sale and other elements used to arrive at the net proceeds from those sales.
4. Support for the amounts included in the schedule attached to the March 12, 2004 letter.
5. Information identifying the street address, square and lot information for the lot adjacent to the Transpoint building.

Please inform me of your response to this request at your earliest convenience but no later than December 22, 2005. Thank you for your cooperation. Should you have any questions, please call me at 202-969-8220.

Sincerely,

Leslie D. Alderman III

Enclosures

cc:   Elliot Wolff

LDA/jlj