IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIOT WOLFF, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | 1:06 CV 01234 (HHK) |
| ) | |
| WESTWOOD MANAGEMENT LLC, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**CONSENT MOTION TO EXTEND TIME**

Pursuant to Fed.R.Civ.P. 6 and L.Cv.R. 7, and with the consent of Plaintiff's counsel, Defendants, LNT&A Master, LLC; Laszlo N. Tauber & Associates I, LLC; Laszlo N. Tauber & Associates II, LLC ; Laszlo N. Tauber & Associates VI, LLC; Laszlo N. Tauber M.D. & Associates, LLC; The Laszlo N. Tauber Revocable Trust; Investor's Holding Corporation; Westwood Management, LLC; Westwood Construction Company, Inc.; and John Droke move for an extension until <u>Monday October 16, 2006</u> to file their Reply Brief in Support of Motion to Compel Arbitration. Under the current schedule, Defendants' response would otherwise be due on October 10, 2006. Defendants requests the additional time in order to respond fully to the detailed Opposition filed by Plaintiffs.

Respectfully submitted,

HOLLAND & KNIGHT, LLP

_____
Paul J. Kiernan (DC Bar # 385627)
Rafael E. Alfonzo (DC Bar # 478524)
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 663-7276
(202) 955-5564 – fax