UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIOT WOLFF, et al.,**<br><br>            **Plaintiffs,**<br><br>      v.<br><br>**WESTWOOD MANAGEMENT LLC, et al.,**<br><br>            **Defendants.** | Civil Action 06-01234 (HHK) |

**JUDGMENT**

For the reasons articulated in the memorandum opinion issued this same day, it is this 27th day of August, 2007, hereby

**ORDERED** that defendants' motion to compel arbitration [#4] is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED**.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge