IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELLIOT WOLFF, et al. | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| v. | ) | Civil Action 1:06 CV 01234 (HHK) |
| | ) | |
| WESTWOOD MANAGEMENT LLC, et al. | ) ) | |
| **Defendants** | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given this day, September 14, 2007, that all of the Plaintiffs in the above-captioned matter hereby appeal from the August 27, 2007 judgment of this Court, compelling arbitration. This appeal is made to the United States Court of Appeals for the District of Columbia Circuit.

Respectfully Submitted,

/s/ Leslie D. Alderman III (D.C. # 477750)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224
lalderman@adhlawfirm.com